# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| KEVIN CAVEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARKETPRO HOMEBUYERS, LLC, )<br>)<br>    Defendant. ) | Civil Action No. 1:21-cv-119 |

## **JUDGMENT**

Pursuant to the order of this Court entered on 6/7/2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant and against the Plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    Dani Zirk
    Deputy Clerk

Dated: 6/7/2021
Alexandria, Virginia