UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

**Kevin Cavey,**
individually and on behalf of all others similarly situated,

        Plaintiff,

v.

**Marketpro Homebuyers LLC,**

        Defendant.

Civ. No. 1:21-cv-00119 (AJT/MSN)

**NOTICE OF APPEAL**

---

NOTICE IS HEREBY GIVEN that Plaintiff Kevin Cavey appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 7th day of June, 2021.

Dated this 6th day of July, 2021.

                                                                                   Respectfully Submitted,

                                                                                   By:       */s/ Kristi C. Kelly*
                                                                             Kristi C. Kelly, VSB #72791
                                                                             Andrew J. Guzzo, VSB # 82170
                                                                             Casey S. Nash, VSB #84261
                                                                             Kelly Guzzo, PLC
                                                                             3925 Chain Bridge Road, Suite 202
                                                                             Fairfax, VA 22030
                                                                             t: 703-424-7572
                                                                             f: 703-591-0167
                                                                             kkelly@kellyguzzo.com
                                                                             aguzzo@kellyguzzo.com
                                                                             casey@kellyguzzo.com

                                                                             Shawn J. Wanta, *pro hac vice*
                                                                             Scott Moriarity, *pro hac vice*
                                                                             Baillon Thome Jozwiak & Wanta LLP
                                                                             100 South Fifth Street, Suite 1200
                                                                             Minneapolis, MN 55402
                                                                             t: 612-252-3570
                                                                             f: 612-252-3571
                                                                             sjwanta@baillonthome.com
                                                                             samoriarity@baillonthome.com

                                                                             ATTORNEYS FOR PLAINTIFF
                                                                             KEVIN CAVEY